```
Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.
```

United States District Court
Southern District of Texas
FILED

NOV 1 0 2020

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| vs. | | CRIMINAL NO. B 2 0 - 7 3 9 |
| JOSE PAUBLO AREVALOS | | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Engaging in Illicit Sexual Conduct in a Foreign Place)

From on or about October 2017 to on or about December 2017, within the Southern District of Texas, Defendant,

### JOSE PAUBLO AREVALOS,

a citizen of the United States, who last known residence is in the state of Texas, traveled in foreign commerce, from the United States to Mexico, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with Minor JG, a girl who was under 18 years of age at the time that Defendant engaged in illicit sexual conduct with her, and attempted to do so;

In violation of Title 18, United States Code, Section 2423(c) and (e).

### NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Section 2428 the United States gives the defendant notice that in the event of conviction for the offense charged in Count 1 of the

1

Indictment, the United States will seek to forfeit all property, real and personal, constituting

or traceable to gross profits or other proceeds obtained from this offense charged in the

Indictment; and all property, real and personal, used or intended to be used to commit or to

promote the commission of the offenses charged in the Indictment, or any property traceable

to such property.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ANA C. CANO
Assistant United States Attorney

2